# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>MedHawk Pools & Patio LLC<br>12110 County Road 132<br>Celina, TX 75009<br><br>Debtor | Case No. 23-41205<br><br>Chapter 11 |

### AGREED ORDER DISMISSING CASE PURSUANT TO "AGREED ORDER GRANTING, IN PART, THE UNITED STATES TRUSTEE'S MOTION TO DISMISS" (DOCKET #76)

On October 13, 2023, this Court entered an Agreed Order Granting, in part, the United States Trustee's Motion to Dismiss ("Prior Order")(Docket #76). Pursuant to the Prior Order, Debtor was to confirm a Plan no later than January 16, 2024, otherwise the Case could be dismissed. Debtor has failed to timely confirm a Plan pursuant to the Prior Order. Debtor and the United States Trustee have therefore agreed to dismissal as stated herein. The Court approves the agreement as stated below. Accordingly, it is hereby:

ORDERED that this Bankruptcy Case is hereby DISMISSED without prejudice. It is further

ORDERED that the Subchapter V Trustee and any other professional seeking compensation shall file a final fee application within 30 days of the date of entry of this Order. It is further

ORDERED that this Court shall retain jurisdiction over administrative claims, including professional fees. Debtor shall pay all administrative claims within 10 days after any entry of an Order by this Court awarding those claims. If all administrative claims are not timely paid, any party shall have the right to file a Motion to Reopen this Case for the purpose of (1) enforcing

payment of the unpaid administrative expenses, or (2) filing a Motion to Convert this Case to Chapter 7.

SO ORDERED AND ADJUDGED.

Signed on 01/22/2024

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:


By: _/s/ John Vardeman for Robert "Chip" Lane w/permission TBN: 20496260__
Robert C. Lane
The Lane Law Firm, P.L.L.C.
6200 Savoy Drive
Suite 1150
Houston, TX 77036-3300
713-595-8200
Attorney for Debtor, MedHawk Pools & Patio LLC



*/s/ John Vardeman*
John Vardeman
Trial Attorney, TBN 20496260
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450
Attorney for Kevin Epstein, the United States Trustee for Region 6